USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
EASY FINANCIAL, LLC,                                                      :
:
                                Plaintiff,          :     1:23-cv-2948-GHW
:
              -against-                                           :     ORDER
:
CHURCHILL MRA FUNDING I, LLC,                                             :
:
                              Defendant.         :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      As discussed at the June 12, 2023 conference, if Defendant chooses to file a partial motion to dismiss, it must be filed and served no later than June 20, 2023. Plaintiff's opposition to that motion must be filed and served no later than four weeks after the filing and service of Defendant's motion; Defendant's reply, if any, must be filed a served one week following the date of service of Plaintiff's opposition.

      Additionally, regardless of whether Defendant chooses to file a partial motion to dismiss, Defendant's deadline to otherwise answer Plaintiff's complaint and file any counterclaims is June 26, 2023.

      SO ORDERED.

Dated: June 12, 2023  
New York, New York

                                                _____  
                                                  GREGORY H. WOODS  
                                               United States District Judge