```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
EASY FINANCIAL, LLC,                                              :
                                                                  :
                                         Plaintiff,               :     1:23-cv-2948-GHW
                                                                  :
                     -v -                                         :     ORDER
                                                                  :
CHURCHILL MRA FUNDING I, LLC,                                     :
                                                                  :
                                         Defendant.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2023

GREGORY H. WOODS, United States District Judge:

As stated at the July 14, 2023 conference, Plaintiff's request that the Court direct the Clerk of Court to enter default against Defendant Churchill MRA Funding I, LLC is DENIED. Additionally, for the reasons given at the conference, the Court hereby strikes each of the answers previously filed in this case, all of which were purported to be filed on behalf of non-party Sunrise NPL, LLC. *See* Dkt. No. 24, Dkt. No. 27, Dkt. No. 31.[1] The Court will direct the Clerk of Court to remove all purported third-party plaintiffs, third-party defendants, counter-claimants, and counter-defendants from the caption of this case, all of whom were purportedly added to the case by the now-stricken filings. This direction does not preclude the later ability of any third party to seek to enter the case through appropriate procedural mechanisms. Finally, Defendant Churchill's deadline to answer Plaintiff's amended complaint is extended to July 17, 2023.

The Clerk of Court is directed to terminate the appearance of all third-party plaintiffs, third-party defendants, counter-claimants, and counter-defendants from the caption of this case. The Clerk of Court is further instructed to treat the next answer filed by Defendant Churchill as the first

---

[1] Although these documents have been stricken, the Clerk of Court should *not* remove or seal these documents.

answer filed in this case.

    SO ORDERED.

Dated: July 14, 2023
       New York, New York

                                              GREGORY H. WOODS
                                           United States District Judge