```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
EASY FINANCIAL, LLC,                                           :
                                                               :
                              Plaintiff,                       :    1:23-cv-2948-GHW
                                                               :
            -v -                                               :    ORDER
                                                               :
CHURCHILL MRA FUNDING I, LLC,                                  :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendant has filed a motion to join Sunrise NPL, LLC as a party to this case under Federal Rules of Civil Procedure 19 and 20.  Dkt. No. 44.  Plaintiff's opposition to this motion is due no later than two weeks from the date of this order; Defendant's reply, if any, is due no later than one week following Plaintiff's opposition.

Additionally, Plaintiff has filed a second amended complaint in this case.  *See* Dkt. No. 42; Dkt. No. 46.  Defendant's deadline to answer or otherwise respond to Plaintiff's second amended complaint is fourteen days from the date of this order.  If either party wishes to stay this deadline until the Court's resolution of Defendant's joinder motion, it may write a letter to the Court requesting such a stay by no later than seven days from the date of this order.

SO ORDERED.

Dated: August 17, 2023
       New York, New York
                                                       _____
                                                             GREGORY H. WOODS
                                                           United States District Judge