UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASY FINANCIAL, LLC,

              Plaintiff,

-v-

CHURCHILL MRA FUNDING I, LLC,

              Defendant.

CIVIL ACTION NO.: 23 Civ. 2948 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Defendant's deadlines to respond to Plaintiff's motions for judgment on the pleadings (ECF No. 57) and sanctions (ECF No. 59) are HELD IN ABEYANCE and will be set at the October 20, 2023 telephone conference.

Dated:      New York, New York
             September 29, 2023

SO ORDERED.

_/s/ Sarah L. Cave_

**SARAH L. CAVE**
**United States Magistrate Judge**