UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASY FINANCIAL, LLC,

                               Plaintiff,

  -v-

CHURCHILL MRA FUNDING I, LLC,

                               Defendant.

CIVIL ACTION NO.: 23 Civ. 2948 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 20, 2023 (the "Conference"), the Court orders as follows:

1. The fact discovery deadline is EXTENDED to **December 26, 2023**.

2. Over the next thirty (30) days, the parties shall focus their efforts on fact discovery relating to the enforceability of the Settlement Agreement (see ECF No. 48 ¶ 8).

3. A telephone conference is scheduled for **Monday, November 20, 2023 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

4. Defendant's deadlines to respond to Plaintiff's motions for judgment on the pleadings (ECF No. 57) and sanctions (ECF No. 59) remain HELD IN ABEYANCE and will be set at the November 20, 2023 telephone conference.

5. By **October 24, 2023**, the parties shall order a transcript of the Conference.

Dated:     New York, New York
             October 20, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**