UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASY FINANCIAL, LLC, <br><br>                                      Plaintiff,<br>-v-<br><br>CHURCHILL MRA FUNDING I, LLC,<br><br>                                     Defendant. | CIVIL ACTION NO.: 23 Civ. 2948 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On October 20, 2023, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference by October 24, 2023. (ECF No. 65 ¶ 5). The parties failed to order the Transcript by the Court-ordered deadline. As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs the parties to order the Transcript by **October 27, 2023** and to select the "7 day" option for service.

Dated:    New York, New York           SO ORDERED.
             October 25, 2023

                                                                  _____
                                                                   **SARAH L. CAVE**
                                                                   **United States Magistrate Judge**