UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASY FINANCIAL, LLC, <br><br>                            Plaintiff, <br> -v- <br><br> CHURCHILL MRA FUNDING I, LLC, <br><br>                           Defendant. | CIVIL ACTION NO.: 23 Civ. 2948 (GHW) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' representations in their letter at ECF No. 71, including that certain depositions will take place during the week of December 11, 2023, the telephone conference scheduled for November 20, 2023 is ADJOURNED to **Monday, December 18, 2023 at 4:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:       New York, New York
              November 17, 2023

                                                      SO ORDERED.

                                                      _/s/ Sarah L. Cave_
                                                     **SARAH L. CAVE**
                                                     **United States Magistrate Judge**