UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASY FINANCIAL, LLC,

                    Plaintiff,

-v-

CHURCHILL MRA FUNDING I, LLC and SUNRISE NPL, LLC,

                    Defendants.

CIVIL ACTION NO.: 23 Civ. 2948 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 18, 2023 (the "Conference"), the Court orders as follows:

1. By **January 5, 2024**, Defendant Churchill MRA Funding I, LLC ("Churchill") shall file an amended answer (the "Amended Answer") to the Third Amended Complaint (ECF No. 48).

2. By **January 10, 2024**, Plaintiff shall file a letter (the "Letter") advising the Court whether, in light of the Amended Answer, Plaintiff will withdraw its motion for sanctions (ECF No. 59 (the "Sanctions Motion")).

3. Churchill's deadline to respond to the Sanctions Motion remains HELD IN ABEYANCE pending the Court's receipt of the Letter.

4. By **January 26, 2024**, Churchill shall file its opposition to Plaintiff's motion for judgment on the pleadings (ECF No. 57 (the "MJP")).

5. By **February 16, 2024**, Plaintiff file its reply in further support of the MJP.

6. The deadline for completion of fact discovery is HELD IN ABEYANCE pending resolution of the MJP.

7. By **December 20, 2023**, the parties shall order a transcript of the Conference.

Dated:     New York, New York
           December 18, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge