```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
EASY FINANCIAL, LLC,                                             :
                                                                 :
                               Plaintiff,                        :   1:23-cv-2948-GHW
                                                                 :
            -v –                                                 :   ORDER
                                                                 :
CHURCHILL MRA FUNDING I, LLC, et al.,                            :
                                                                 :
                               Defendants.                       :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2024

GREGORY H. WOODS, United States District Judge:

On June 12, 2023, the Court entered the civil case management plan and scheduling order, which ordered that the parties complete discovery by January 2, 2024 and scheduled a post-discovery status conference for January 12, 2024. Dkt. No. 23. On September 11, 2023, the Court referred action to Magistrate Judge Sarah L. Cave. Dkt. No. 55. On December 18, 2023, Judge Cave issued an order holding the deadline for completion of discovery in abeyance pending the resolution of Plaintiff's motion for judgment on the pleadings. Dkt. No. 79. Accordingly, the Court adjourns *sine die* the post-discovery status conference scheduled for January 12, 2024, pending resolution of Plaintiff's motion for judgment on the pleadings and the parties' completion of discovery.

SO ORDERED.

Dated: January 9, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge