USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
EASY FINANCIAL, LLC,                                           :
:
:
                                         Plaintiff,            :          1:23-cv-2948-GHW-SLC
:
                -v –                                           :
:                  ORDER
CHURCHILL MRA FUNDING I LLC, *et al.*,                         :
                                         Defendants.           :
:
-------------------------------------------------------------- X

-------------------------------------------------------------- X
:
SUNRISE NPL, LLC,                                              :
:
            Defendant/Counterclaim Plaintiff,                  :
:
                -v –                                           :
EASY FINANCIAL, LLC.,                                          :
            Plaintiff/Counterclaim Defendant.                  :
:
-------------------------------------------------------------- X


-------------------------------------------------------------- X
:
SUNRISE NPL, LLC,                                              :
:
                              Third-Party Plaintiff,           :
:
                -v –                                           :
BENJAMIN DONEL.,                                               :
                              Third-Party Defendant.:
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 18, 2024, Judge Cave entered an order granting in part and denying in part Plaintiff and Third-Party Defendant's motion to strike Defendants' answers, counterclaims, and third-party complaints. Dkt. No. 89. On January 29, 2024, Plaintiff objected to the order. Dkt. No.

94. On February 12, 2024, Defendant Sunrise NPL, LLC filed a response. Dkt. No. 98. The Court will hold a telephone conference on this matter on April 17, 2024 at 11:00 a.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: April 15, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge