UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASY FINANCIAL, LLC,

                    Plaintiff,

         -v-

CHURCHILL MRA FUNDING I, LLC and SUNRISE
NPL, LLC,

                    Defendants and Third-
                    Party Plaintiffs,

         -v-

BENJAMIN DONEL,

                    Third-Party Defendant,

CIVIL ACTION NO.: 23 Civ. 2948 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 25, 2024 (the "Conference"), by

**May 2, 2024**, the parties shall file a joint letter (i) reporting whether they have been able to agree

to a stipulation of dismissal with prejudice of Defendant Churchill MRA Funding I, LLC's

("Churchill") counterclaims and third-party claims (see ECF No. 51), and (ii) proposing a briefing

schedule for Plaintiff's anticipated motion for judgment on the pleadings with respect to

Defendant Sunrise NPL LLC which, as discussed during the Conference, will supersede Plaintiff's

motion for judgment on the pleadings with respect to Churchill (ECF No. 57).

By **April 26, 2024**, the parties shall order a transcript of the Conference, and shall select

the 7-day option for service.

Dated:        New York, New York          SO ORDERED.
              April 25, 2024

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**