UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASY FINANCIAL, LLC,

                Plaintiff,

-v-

CHURCHILL MRA FUNDING I, LLC and SUNRISE NPL, LLC,

                Defendants and Third-Party Plaintiffs,

-v-

BENJAMIN DONEL,

                Third-Party Defendant,

CIVIL ACTION NO.: 23 Civ. 2948 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 25, 2024, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference by April 26, 2024. (ECF No. 112). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by **May 2, 2024** and select the 7-day option for service.

Dated:    New York, New York
            May 1, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**