UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASY FINANCIAL, LLC,

        Plaintiff,

-v-

CHURCHILL MRA FUNDING I, LLC and SUNRISE NPL, LLC,

        Defendants and Third-Party Plaintiffs,

-v-

BENJAMIN DONEL,

        Third-Party Defendant,

CIVIL ACTION NO.: 23 Civ. 2948 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed Plaintiff's letter at ECF No. 113, the Court orders as follows:

1. By **May 10, 2024**, the parties shall file for the attention of the Honorable Gregory H. Woods a stipulation of dismissal with prejudice of Defendant Churchill MRA Funding I, LLC's counterclaims and third-party claims (see ECF No. 51).

2. The parties' proposed briefing schedule for Plaintiff's anticipated motion for judgment on the pleadings (the "Motion") with respect to Defendant Sunrise NPL LLC ("Sunrise") is ADOPTED, and the briefing shall proceed as follows

    a. By **May 10, 2024**, Plaintiff shall file the Motion.

    b. By **May 31, 2024**, Sunrise shall file its opposition.

    c. By **June 21, 2024**, Plaintiff shall file its reply, if any.

Dated:    New York, New York
           May 2, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**